```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANGELINA DAVIS                  :    CIVIL ACTION
                                :
     v.                         :
                                :
CITY OF PHILADELPHIA            :    NO. 10-2646
```

ORDER

AND NOW, this 29th day of September, 2011, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 18), the Plaintiff's Opposition to the Motion for Summary Judgment (Docket No. 21), and following oral argument held on September 9, 2011, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED. Judgment is hereby ENTERED in favor of the above-named defendant and against the plaintiff. This case is closed.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```